UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJAMIN EMERSON JONES,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

Case No.: 1:26-cv-04519-FJS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 2)

Plaintiff Benjamin Emerson Jones ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act. (ECF No. 1.) Plaintiffs has applied to proceed *in forma pauperis*. (ECF No. 2). Having reviewed the application, the court finds that Plaintiff has made the requisite showing under 28 U.S.C. § 1915 to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's application to proceed *in forma pauperis* is GRANTED;

2. The Clerk of the Court is directed to issue new case documents, including the Scheduling Order;

3.  The Clerk of the Court also is directed to issue summons and service shall proceed under the court's e-Service program with the Clerk delivering to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:   **June 18, 2026**

_____
UNITED STATES MAGISTRATE JUDGE