JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BENJAMIN EMERSON JONES,

Plaintiff,

vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

Defendant.

Case No. 1:26-cv-04519-KES-FJS

STIPULATION AND ORDER FOR EXTENSION OF TIME

Pending the court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the court's approval, that Plaintiff shall have a 4-day extension of time, from September 14, 2026, to September 18, 2026, for Plaintiff to serve on defendant with Plaintiff's motion for summary judgment. All other dates in the court's scheduling order shall be extended accordingly.

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Plaintiff's first request for an extension of time. Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week. For the weeks of September 7, 2026, and September 14, 2026, Plaintiff's Counsel has nine merit briefs due. Counsel requires additional time to brief the issues thoroughly for the court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 20, 2026 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: August 20, 2026 ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

By: **/s/ Erin Jurrens*
Erin Jurrens
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on August 20, 2026)

ORDER

Pursuant to the parties' stipulation, IT IS ORDERED that that Plaintiff shall have a 4-day extension of time, from September 14, 2026, to September 18, 2026, for Plaintiff to serve Plaintiff's motion for summary judgment. All other briefing deadlines regarding the motion for summary judgment shall be extended accordingly.

IT IS SO ORDERED.

Dated: **August 26, 2026**

UNITED STATES MAGISTRATE JUDGE